# United States District Court

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

v.

TERRENCE CORNELIUS

**WARRANT FOR ARREST**

CASE NUMBER: 2:06mj006-CSC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Terrence Cornelius_____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐Indictment ☐Information ☒Complaint ☐Order of court ☐Violation Notice ☐Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy of knowingly and intentionally possessing with intent to distribute marijuana,
a Schedule I Controlled Substance,

in violation of Title ___21___ United States Code, Section(s) ___841(a)(1) and 846___

CHARLES S. COODY
Name of Issuing Officer

_(signature)_
Signature of Issuing Officer

(By) Deputy Clerk

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

January 17, 2006    Montgomery, Alabama
Date and Location

Bail fixed at $_____ by_____
                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest